UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BLUE LINX CORP.,

                Plaintiff,        Case No. 07 CV 4314 (JGK)

- against -             **AFFIDAVIT OF SERVICE**

SWIRE SHIPPING, LTD AND SWIRE
SHIPPING LTD (UK),

                Defendants.
------------------------------x

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:33 p.m., on May 14, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Indemnity Insurance Company of North America a/s/o Blue Linx Corp., upon a Ms. Ming C. James, who is a Project Analyst for CitiBank., at the following address:

      CitiBank
      Legal Service Intake Unit
      1 Court Square-7th FL Zone 5
      Long Island City, NY 11120

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. James, who said she was authorize to accept Service on behalf of CitiBank., regarding Indemnity Insurance Company of North America a/s/o Blue Linx Corp. Ms. James, is a female Asian descent, she has brown eyes with glasses and black grayish hair. She is approximately 5 feet 6 inches tall and approximately weighs 180 pounds. Ms. James, is approximately 48 years of age.

                                          IDRIS MAHMOUD
                                          LIC# 1151131

Sworn to before me this
14th day of May, 2008

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 _6_