UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BLUE LINX CORP.,
                                    :
            Plaintiff,                   Case No. 07 CV 4314 (JGK)

      - against -                   :
                                         **AFFIDAVIT OF SERVICE**
                                    :
SWIRE SHIPPING, LTD AND SWIRE
SHIPPING LTD (UK),


                                    :
            Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                   } ss.:
COUNTY OF NEW YORK }

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:33 p.m., on May 13, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Indemnity Insurance Company of North America a/s/o Blue Linx Corp., upon a Ms. Patricia McIveen, who is a Senior Paralegal for ABN-AMRO Bank., at the following address:

    ABN-AMRO Bank
    55 East 52nd Street-10th FL
    New York, NY 10055

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. McIveen, who said she was authorize to accept Service on behalf of ABN-AMRO Bank., regarding Indemnity Insurance Company of North America a/s/o Blue Linx Corp. Ms. McIveen, is a black female, she has brown eyes with glasses and black grayish hair. She is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Ms. McIveen, is approximately 48 years of age.

                                                    _____
                                                    IDRIS MAHMOUD
                                                    LIC# 1151131

Sworn to before me this
_14__ day of May, 2008

_____
NOTARY PUBLIC

                                          CHRISTOPHER M. SCHIERLOH
                                          Notary Public, State of New York
                                          No. 02SC6152972
                                          Qualified in Nassau County
                                          Commission Expires Sept. 25, 20_10_