UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BLUE LINX CORP.,
                                    :
              Plaintiff,              Case No. 07 CV 4314 (JGK )

        - against -
                                      **AFFIDAVIT OF SERVICE**
                                    :
SWIRE SHIPPING, LTD AND SWIRE
SHIPPING LTD (UK),

                                    :
              Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                   } ss.:
COUNTY OF NEW YORK }

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:45 p.m., on May 13, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Indemnity Insurance Company of North America a/s/o Blue Linx Corp., upon a Ms. Martha Fletcher, who is a Paralegal for Zeichner, Ellman & Krause LLP., at the following address:

  Zeicher, Ellman & Krause LLP
  c/o Bank of America & American Express Bank
  575 Lexington Avenue
  New York, NY 10022

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Fletcher, who said she was authorize to accept Service on behalf of Bank of America & American Express Bank., regarding Indemnity Insurance Company of North America a/s/o Blue Linx Corp. Ms. Fletcher, is a white female, she has brown eyes and black hair. She is approximately 5 feet 6 inches tall and approximately weighs 140 pounds. Ms. Fletcher, is approximately 35 years of age.

              _____
              IDRIS MAHMOUD
              LIC# 1151131

Sworn to before me this
____ day of May, 2008

           CHRISTOPHER M. SCHIERLOH
           Notary Public, State of New York
           No. 02SC6152972
_____
           Qualified in Nassau County
  NOTARY PUBLIC      Commission Expires Sept. 25, 20 _10_