UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BLUE LINX CORP.,
:
                Plaintiff,        Case No. 07 CV 4314 (JGK )

      - against -
                                **AFFIDAVIT OF SERVICE**
:
SWIRE SHIPPING, LTD AND SWIRE
SHIPPING LTD (UK),

:
                Defendants.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                         ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:20 p.m., on May 13, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Indemnity Insurance Company of North America a/s/o Blue Linx Corp., upon a Ms. Diana Perez, who is a CEA for HSBC Bank., at the following address:

        HSBC Bank
        415 Madison Avenue
        New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Perez, who said she was authorize to accept Service on behalf of HSBC Bank., regarding Indemnity Insurance Company of North America a/s/o Blue Linx Corp. Ms. Perez, is a female of Spanish descent, she has brown eyes and brown hair. She is approximately 5 feet 6 inches tall and approximately weighs 140 pounds. Ms. Perez, is approximately 27 years of age.

                                                  _____
                                                  IDRIS MAHMOUD
                                                  LIC# 1151131

Sworn to before me this
____ day of May, 2008                CHRISTOPHER M. SCHIERLOH
                                          Notary Public, State of New York
                                          No. 02SC6152972
                                          Qualified in Nassau County
_____        Commission Expires Sept. 25, 20 _10_
     NOTARY PUBLIC