UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BLUE LINX CORP.,

                Plaintiff,        Case No. 07 CV 4314 (JGK)

    - against -

                            **AFFIDAVIT OF SERVICE**

SWIRE SHIPPING, LTD AND SWIRE
SHIPPING LTD (UK),

                Defendants.
- - - - - - - - - - - - - - - - - x
STATE OF NEW YORK   } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:15 p.m., on May 13, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Indemnity Insurance Company of North America a/s/o Blue Linx Corp., upon a Mr. Steven Marcinkiewicz, who is a Manager Officer for Wachovia Bank., at the following address:

        Wachovia Bank
        360 Madison Avenue
        New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Marcinkiewicz, who said he was authorize to accept Service on behalf of Wachovia Bank., regarding Indemnity Insurance Company of North America a/s/o Blue Linx Corp. Mr. Marcinkiewicz, is a white male, he has brown eyes and brown hair. he is approximately 5 feet 11 inches tall and approximately weighs 190 pounds. Mr. Marcinkiewicz, is approximately 31 years of age.

                                             _/s/ Idris Mahmoud_
                                             IDRIS MAHMOUD
                                             LIC# 1151131

Sworn to before me this
____ day of May, 2008

                                  CHRISTOPHER M. SCHIERLOH
                                  Notary Public, State of New York
                                  No. 02SC6152972
                                  Qualified in Nassau County
_____            Commission Expires Sept. 25, 20_10_
   NOTARY PUBLIC