UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BLUE LINX CORP.,

      Plaintiff,     Case No. 07 CV 4314 (JGK)

- against -

             **AFFIDAVIT OF SERVICE**

SWIRE SHIPPING, LTD AND SWIRE
SHIPPING LTD (UK),

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK } ss.:
COUNTY OF NEW YORK }

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:37 a.m., on May 13, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Indemnity Insurance Company of North America a/s/o Blue Linx Corp., upon a Ms. Linda A. Platone, who is a Legal Specialist for JP Morgan Chase Bank., at the following address:

  JP Morgan Chase Bank
  One Chase Manhattan Plaza-20th FL
  New York, NY 10005

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Platone, who said she was authorize to accept Service on behalf of JP Morgan Chase Bank., regarding Indemnity Insurance Company of North America a/s/o Blue Linx Corp. Ms. Platone, is a white female, she has brown eyes and blonde hair. She is approximately 5 feet 8 inches tall and approximately weighs 170 pounds. Ms. Platone, is approximately 48 years of age.

               _____
               IDRIS MAHMOUD
               LIC# 1151131

Sworn to before me this
____ day of May, 2008

         CHRISTOPHER M. SCHIERLOH
         Notary Public, State of New York
         No. 02SC6152972
         Qualified in Nassau County
_____ Commission Expires Sept. 25, 20 10
NOTARY PUBLIC