UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BLUE LINX CORP.,

      Plaintiff,    Case No. 07 CV 4314 (JGK )

- against -

            **AFFIDAVIT OF SERVICE**

SWIRE SHIPPING, LTD AND SWIRE
SHIPPING LTD (UK),

      Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK }
         } ss.:
COUNTY OF NEW YORK }

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:15 a.m., on May 13, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Indemnity Insurance Company of North America a/s/o Blue Linx Corp., upon a Ms. Voula Muckalli, who is a Legal Administrator for Bank of New York., at the following address:

    Bank of New York
    120 Broadway-19th FL
    New York, NY 10286

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Muckalli, who said she was authorize to accept Service on behalf of Bank of New York., regarding Indemnity Insurance Company of North America a/s/o Blue Linx Corp. Ms. Muckalli, is a white female, she has brown eyes and blonde hair. She is approximately 5 feet 10 inches tall and approximately weighs 140 pounds. Ms. Muckalli, is approximately 30 years of age.

                *Idris Mahmoud*
                IDRIS MAHMOUD
                LIC# 1151131

Sworn to before me this   CHRISTOPHER M. SCHIERLOH
____ day of May, 2008    Notary Public, State of New York
              No. 02SC6152972
              Qualified in Nassau County
_____  Commission Expires Sept. 25, 20 _10_
  NOTARY PUBLIC