UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BLUE LINX CORP.,

           Plaintiff,        Case No. 07 CV 4314 (JGK)

   - against -            **AFFIDAVIT OF SERVICE**

SWIRE SHIPPING, LTD AND SWIRE
SHIPPING LTD (UK),

           Defendants.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }  ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:26 a.m., on May 13, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Indemnity Insurance Company of North America a/s/o Blue Linx Corp., upon a Ms. Norma J. Clark, who is a Secretary for Deutsche Bank., at the following address:

      Deutsche Bank
      60 Wall Street
      New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Clark, who said she was authorize to accept Service on behalf of Deutsche Bank., regarding Indemnity Insurance Company of North America a/s/o Blue Linx Corp. Ms. Clark, is a white female, she has brown eyes and brown hair. She is approximately 5 feet 8 inches tall and approximately weighs 130 pounds. Ms. Clark, is approximately 47 years of age.

                                        _____
                                        IDRIS MAHMOUD
                                        LIC# 1151131

Sworn to before me this
14 day of May, 2008

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 10