UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BLUE LINX CORP.,

                Plaintiff,        Case No. 07 CV 4314 (JGK)

        - against -          **AFFIDAVIT OF SERVICE**

SWIRE SHIPPING, LTD AND SWIRE
SHIPPING LTD (UK),

                Defendants.
- - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

        IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 9:50 a.m., on May 13, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Indemnity Insurance Company of North America a/s/o Blue Linx Corp., upon a Ms. Paula Pena, who is a Support Specialist for Standard Chartered Bank., at the following address:

        Standard Chartered Bank
        One Madison Avenue
        New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Pena, who said she was authorize to accept Service on behalf of Standard Chartered Bank., regarding Indemnity Insurance Company of North America a/s/o Blue Linx Corp. Ms. Pena, is a female of Spanish descent, she has brown eyes and brown hair. She is approximately 5 feet 10 inches tall and approximately weighs 130 pounds. Ms. Pena, is approximately 28 years of age.

                                            IDRIS MAHMOUD
                                            LIC# 1151131

Sworn to before me this
_14_ day of May, 2008

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 _12_