UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al

            Plaintiff,

- against -

SWIRE SHIPPING, LTD. et al.

           Defendants.
------------------------------------------------------------X

08 Civ. 4314 (LAK)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

The above-captioned matter having been settled pursuant to agreement by and between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: New York, New York
       August 29, 2008

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff

By: _Martin F. Casey_
     Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

**LYONS & FLOOD, LLP**
Attorneys for Defendants

By: _Kirk M. Lyons_
     Kirk Lyons
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

SO ORDERED:

_____
U.S.D.J.
9/4/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08